STEPHEN S. KENT, ESQ.
Nevada Bar No. 1251
KENT LAW
201 W. Liberty St., Ste. 320
Reno, Nevada 89501
skent@skentlaw.com
Telephone: 775/324-9800
Facsimile: 775/324-9803
ATTORNEYS FOR
RENO AIR RACING ASSOCIATION, INC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERRY DE TREVILLE,<br><br>　　　Plaintiff,<br><br>vs.<br><br>RENO AIR RACING ASSOCIATION, INC.; AERO-TRANS CORPORATION d/b/a LEEWARD AERONAUTICAL SALES; LEEWARD RACING, INC.; ESTATE OF JAMES K. LEEWARD; and RICHARD L. SHANHOLTZER, JR., AEROACOUSTICS, INC., and DOES 1 through 100,<br><br>　　　Defendants.<br>_____/ | CASE NO. 3:11-cv-00831-RCJ-VPC |

### ORDER ON AGREED MOTION

The Court, having considered the Agreed Motion submitted by the parties hereto and good cause having been found,

IT IS SO ORDERED that the impact damage created by the September 16, 2011 aircraft accident at the Reno Stead Airport, Reno, Nevada may be repaired and remediated to its pre-accident condition without further notice to any party and that such repair and remediation shall not constitute spoliation or the loss or alteration of evidence.

DATED this 15th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE